Commonwealth *v.* Tinsley, Appellant.

Before GAWTHROP, P. J.

Submitted De-

728

cember 9, 1968. *P. Richard Klein,* Public Defender, for appellant; *William H. Lamb,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Order affirmed.

